```
  UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10042
   CHARLES M STUMP
   DEBORAH STUMP                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-6724     SSN XXX-XX-6246

---------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/17/06 and confirmed on 10/05/06.

    2.  The case was dismissed after confirmation, 07/17/2008.

    3.  The Debtor paid a total of $  26914.68 .

    4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC    17202.72        2140.09      10143.17
FORD MOTOR CREDIT CO      SECURED VEHIC    20000.00        1875.91      10765.21
INTERNAL REVENUE SERVICE  PRIORITY         22797.77            .00           .00
BECKET & LEE LLP          UNSECURED         8879.12            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2594.94            .00           .00
CAPITAL ONE BANK          UNSECURED         6738.18            .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         5442.29            .00           .00
CITIFINANCIAL             UNSECURED        NOT FILED           .00           .00
DISCOVER BANK             UNSECURED         9468.52            .00           .00
ASPIRE VISA               UNSECURED         6322.93            .00           .00
PREMIER BANKCARD/CHARTER  UNSECURED          415.67            .00           .00
FLEET                     UNSECURED        NOT FILED           .00           .00
HARRIS & HARRIS LTD       UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED         6304.81            .00           .00
KANE COUNTY TEACHERS CU   UNSECURED        NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED         1545.26            .00           .00
INTERNAL REVENUE SERVICE  UNSECURED         1485.15            .00           .00
CAPITAL ONE BANK          UNSECURED         5369.76            .00           .00
CAPITAL ONE BANK          UNSECURED         3505.74            .00           .00
ASPIRE VISA               UNSECURED          482.41            .00           .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
---------------------------------------------------------------------------
ECAST SETTLEMENT CORPORA  UNSECURED         1776.00            .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          311.23            .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED          413.31            .00           .00
ECAST SETTLEMENT CORPORA  UNSECURED        16156.17            .00           .00
FORD MOTOR CREDIT CO      UNSECURED         2439.23            .00           .00
            Summary of disbursements:
---------------------------------------------------------------------------
```

```
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL
--------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   37202.72    22797.77    79650.72         .00     139651.21
PRINCIPAL PAID       20908.38         .00         .00         .00      20908.38
INTEREST PAID         4016.00         .00         .00         .00       4016.00
TOTAL PAID           24924.38         .00         .00         .00      24924.38
```

The Debtor's attorney, JAMES A YOUNG & ASSOC        , was allowed $   2500.00
and was paid $     500.00   direct and $     829.97   through the plan.

The Trustee received $    1160.33 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 06 B 10042 CHARLES M STUMP & DEBORAH STUMP